JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY KOCHLANI, Individually and On Behalf of All Others Similarly Situated\<br>Plaintiff,<br>v.<br>NOW HEALTH GROUP, INC a/k/a NOW FOODS,<br>Defendant. | Case No. 2:14-cv-01584-PA-PJW<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and fees.

Dated this 25th day of July, 2014.

_____
The Honorable Percy Anderson

Order to Dismiss - 1